

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-67,128-07

### EX PARTE TERRENCE SHEAD, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W02-55798-U-(C) IN THE 291ST DISTRICT COURT
### FROM DALLAS COUNTY

*Per curiam*. YEARY, J. filed a concurring opinion which SLAUGHTER, J. joined.

### O R D E R

Applicant was convicted of capital murder and sentenced to life imprisonment. The Fifth Court of Appeals affirmed his conviction. *Shead v. State*, 05-05-00080-CR (Tex. App.—Dallas April 4, 2006)(not designated for publication). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

On November 17, 2021, the trial court entered an order designating issues. The district clerk prematurely forwarded this application to this Court under Texas Rule of Appellate Procedure 73.4(b)(5). The application was forwarded before the trial court made findings of fact and conclusions of law. We remand this application to the trial court to complete its evidentiary

investigation and make findings of fact and conclusions of law.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The trial court shall make a finding as to whether this application is barred as subsequent under Texas Code of Criminal Procedure art. 11.07 §4. The trial court may make any other findings and conclusions that it deems appropriate in response to Applicant's claims. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: May 11, 2022
Do not publish